RECEIVED
IN LAKE CHARLES, LA.

APR 10 2015

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DIONDREY HARDWICT, | * | CIVIL ACTION NO. 2:14-cv-879 |
| Petitioner, | * | |
| v. | * | JUDGE MINALDI |
| WARDEN MAIORANA, | * | |
| Respondent. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that petitioner's Application for Federal Writ of *Habeas Corpus* [Doc. 1] and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this ___ day of _____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE